# THE GEORGIA LAW REPORTER.

## THE SUPREME COURT OF GEORGIA,

*Decisions. Rendered May 1, 1886.*

REPORTED BY J. H. LUMPKIN, REPORTER

### HILL *vs.* MOULTON.

CLAIM, FROM TAYLOR. Evidence. Records. Mortgage. Notice. (Before Judge Willis).

Jackson, C. J.—1. On the trial of a claim interposed to the levy of a mortgage *fi. fa.*, there was no error in admitting in evidence the rule *nisi* and rule absolute, as recorded on the minutes of the court where the trial was had.

2. The claimant having bought with full knowledge of the mortgage lien and having agreed to pay it, a verdict subjecting the property was required by evidence.

Judgment affirmed.

C. J. Thornton; A. A. Carson; W. P. Edwards, for plaintiff in error.
O. M. Colbert; W. S. Wallace, for defendant.